**Opinion issued January 22, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00391-CV

————————————

## APRIL DORANNA CROSS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 412th Judicial District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73573**

---

## MEMORANDUM OPINION

Appellant, April Doranna Cross, has failed to timely file her appellate brief.

*See* TEX. R. APP. P. 38.6(a), 38.8(a)(1).  After being notified by the Clerk of this

Court on December 12, 2014, that this appeal was subject to dismissal unless

appellant filed a motion for an extension of time, she did not timely respond. *See* TEX. R. APP. P. 10.5(b)(1), 38.6(d), 38.8(a)(1), 42.3(c).

Accordingly, we **dismiss** the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.